# Order

Michigan Supreme Court
Lansing, Michigan

June 16, 2017

155399

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* MORFORD/ELLISON-MORFORD,
Minors.

SC: 155399
COA: 332541
Monroe CC Family Division:
  14-023167-NA

_____/

By order of March 31, 2017, the application for leave to appeal the December 22, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Hicks/Brown, Minors* (Docket No. 153786). On order of the Court, the case having been decided on May 8, 2017, ___ Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2017



Clerk

t0613